UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IOU CENTRAL, INC. d/b/a IOU FINANCIAL, INC., <br><br>      Plaintiff, <br><br> v. <br><br> TRINITY VALLEY BUILDING CENTER, INC., et al., <br><br>      Defendants. | CIVIL ACTION NO.: <br><br> 1:19-cv-05786-SDG <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's order dated July 30, 2020 the Defendants hereby make the following status report.

Defendants have made a demand for arbitration and have paid their filing fees to JAMs/Endispute.

An arbitrator has been appointed.

Defendants are in the process of paying their portion of the JAMs deposit for the arbitrator's fees but have had difficulties navigating the payment gateway. JAMs has reported that its credit gateway is down.

Defense counsel has requested Defendants to send a paper check to JAMs/Endispute.

Plaintiff IOU has been requested but has thus far failed to contribute to this report.

It is not known to Defendants whether Plaintiff has or has not paid its share of the deposit for the arbitrator's fee.

RESPECTFULLY SUBMITTED This 26th day of January, 2021.

**TRINITY VALLEY BUILDING CENTER, INC., et al.,**

By: /s/ *Geoffrey M. Dureska*
        Counsel

Geoffrey M. Dureska
Ga. Bar No. 783906
1870 The Exchange, SE, STE 200
Atlanta, Georgia 30339
Tel: (404) 692-5953
Fax: (404) 596-5283
E-mail: gdureska@dbllawyers.com
*Counsel for Trinity Valley, Satterfield, and Tucker*

By: /s/ *Michael C. Whitticar*
        Counsel

Michael C. Whitticar
VSB No. 32968 (*Pro Hac Vice*)
7420 Heritage Village Plaza, Suite 101
Gainesville, VA 20155
Tel: (571) 386-2980
Fax: (855) 295-0740
Email: mikew@novaiplaw.com
*Counsel for Trinity Valley, Satterfield, and Tucker*
*Pro Hac Vice*

## FONT CERTIFICATION

The undersigned hereby certifies that this document complies with the font requirements of LR 5.1B because the documents has been prepared in Times New Roman, 14 point.

                                         */s/ Geoffrey M. Dureska*
                                         Geoffrey M. Dureska
                                         Georgia Bar No. 783906

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th Day of January, 2021, I served the foregoing Status Report by CM/ECF submission which will send a notification to the following counsel of record:

Paul G. Wersant
Georgia Bar No. 748341
3245 Peachtree Parkway, Suite D-245
Suwanee, Georgia 30024
Telephone: (678) 264-2358
E-mail: pwersant@gmail.com
*Counsel for Plaintiff*

                                         */s/ Geoffrey M. Dureska*
                                         Geoffrey M. Dureska